**PLAZA COURT BROADCASTING COMPANY**

**v.**

**Lemuel WANAMAKER et al.**

**PUBLIC BROADCASTING SERVICE, INC.,**

**v.**

**Lemuel WANAMAKER et al.**

**OIL CAPITOL SALE CORPORATION**

**v.**

**Lemuel WANAMAKER et al.**

**Nos. 6195–6197.**

United States Court of Appeals
Tenth Circuit.

Jan. 8, 1960.

Milsten, Milsten & Morehead, Tulsa, Okl., and Kenneth Wells Parkinson, Washington, D. C., for appellants.

William Bishop, Seminole, Okl., and J. P. Tonkoff, Yakima, Wash., for appellees.

Before BRATTON, LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeals dismissed for lack of final judgment.

■

**James E. ELY**

**v.**

**FOOTE & DAVIES, INC.**

**No. 6283.**

United States Court of Appeals
Tenth Circuit.

Dec. 21, 1959.

Edward R. Moses, Great Bend, Kan., for appellant.

J. E. DuMars, Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

■

**James H. PHILLIPS**

**v.**

**STATE OF KANSAS et al.**

**No. 6252.**

United States Court of Appeals
Tenth Circuit.

Jan. 6, 1960.

James H. Skinner, Jr., Denver, Colo., for appellant.

John Anderson, Jr., Atty. Gen., of State of Kansas, and J. Richard Foth, Asst. Atty. Gen., of State of Kansas, for appellees.

Before MURRAH, Chief Judge, LEWIS, Circuit Judge, and WALLACE, District Judge.

PER CURIAM.

Affirmed without written opinion.